

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401682

$ 000.27⁵

DEC. 11. 2015

12/9/2015
ANDRADE, NOEL VALDEZ     Tr. Ct. No. CR-97I-122B          WR-44,017-06
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

RETURN

☐ NEED TO
☒ INMATE N
☐ ILLEGIBLE

NOEL VALDEZ ANDRADE
WEST TEXAS ISF #857698
2002 LAMESA HWY
BROWNFIELD, TX  79316

REF

KGJVS3B  79316